```
 1  DANIEL BRODERICK, Bar # 89424
    Acting Federal Defender
 2  NED SMOCK, Bar # 236238
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  DEONTRAY LAMONT HINTON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-05-218 EJG |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | |
| | ) | |
| DEONTRAY LAMONT HINTON, | ) | Date: March 3, 2006 |
| | ) | Time: 10:00 A.M. |
| | ) | |
| | ) | Judge: Hon. Edward G. Garcia |
| Defendant. | ) | |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and NED SMOCK, Assistant Federal Defender, attorney for defendant, that the current Status Conference date of February 24, 2006 be vacated and a new date of March 3, 2006 be set for change of plea.

Defense counsel received a proposed plea agreement from the government this afternoon.  Defense counsel needs to review that plea agreement with the defendant and the defendant needs time to discuss the issues with his family.  It is expected that there will be a change of plea in one week.

It is stipulated and agreed between the parties that the period

1 | beginning February 24, 2006 to March 3, 2006, should be excluded in
2 | computing the time within which the trial of the above criminal
3 | prosecution must commence for purposes of the Speedy Trial Act for
4 | defense preparation.  All parties stipulate and agree that this is an
5 | appropriate exclusion of time within the meaning of Title 18, United
6 | States Code, Section 3161(h)(8)(iv) (Local Code T4).
7 | Dated: February 22, 2006

```
                                    Respectfully submitted,

                                    DANIEL BRODERICK
                                    Acting Federal Defender


                                        /S/NED SMOCK
                                    NED SMOCK
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DEONTRAY LAMONT HINTON


                                    MCGREGOR W. SCOTT
                                    United States Attorney

Dated:  February 22, 2006
                                        /S/ WILLIAM WONG
                                    WILLIAM WONG
                                    Assistant U.S. Attorney
```

**ORDER**

**IT IS SO ORDERED.**

DATED:   February 22, 2006        /s/ Edward J. Garcia
                                  U. S. DISTRICT JUDGE

2